# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WHITTY and TAZU WHITTY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST NATIONWIDE MORTGAGE CORPORATION, CITIMORTGAGE INC., CITIGROUP INC., CHASE MANHATTAN BANK, N.Y., WILLIAM WHEELER, SALLIE KRAWCHECK, and DOES 1 THROUGH 80,<br><br>　　　　　　Defendants. | CASE NO. 05-CV-1021 H (BLM)<br><br>ORDER RE COURT'S INTENTION TO DECIDE ON THE PAPERS PLAINTIFFS' MOTION TO (1) DISQUALIFY MARTIN McGUINN AS ATTORNEY FOR ANY DEFENDANT; OR IN THE ALTERNATIVE (2) ALLOW PLAINTIFFS TO CALL MARTIN McGUINN AS A WITNESS<br><br>[Doc. No. 29] |

Martin T. McGuinn is the lead attorney for Defendants First Nationwide Mortgage Corporation, CitiMortgage Inc., CitiGroup Inc., Sallie Krawcheck, and William Wheeler in the above captioned case. On October 18, 2006, Plaintiffs Frank and Tazu Whitty filed and served this motion seeking to disqualify McGuinn from representing any Defendant in this suit, or in the alternative to allow Plaintiffs to call McGuinn as a witness. (Doc. No. 29.) On November 1, 2006 Defendants filed an

///

1 opposition.  (Doc. No. 38.)  The Court exercises its discretion to decide this motion on
2 the moving papers, pursuant to Civil Local Rule 7.1(d)(1).
3         IT IS SO ORDERED.
4 DATED:  November 8, 2006

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Frank and Tazu Whitty
12721 Coachman Court
Poway, CA 92064

Martin T McGuinn
Hovey and Kirby
600 B Street
Suite 1950
San Diego, CA 92101-4515

Sung-Min C Yoo
Alvarado Smith and Sanchez
4 Park Plaza
Suite 1200
Irvine, CA 92614