**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK WHITTY and TAZU WHITTY,<br><br>                Plaintiffs,<br><br>vs.<br><br>FIRST NATIONWIDE MORTGAGE CORPORATION, CITIMORTGAGE INC., CITIGROUP INC., CHASE MANHATTAN BANK, N.Y., WILLIAM WHEELER, SALLIE KRAWCHECK, and DOES 1 THROUGH 80,<br><br>                Defendants. | CASE NO. 05-CV-1021 H (BLM)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO (1) DISQUALIFY MARTIN McGUINN AS ATTORNEY FOR ANY DEFENDANT; OR IN THE ALTERNATIVE (2) ALLOW PLAINTIFFS TO CALL MARTIN McGUINN AS A WITNESS<br><br>[Doc. No. 29] |

    On May 11, 2005, pro se Plaintiffs Frank and Tazu Whitty ("Plaintiffs") brought this suit alleging twenty-five causes of action arising from the foreclosure of their real property and the subsequent related legal proceedings. On August 22, 2006, Plaintiffs filed a Second Amended Complaint, alleging fifteen causes of action against Defendants First Nationwide Mortgage Corporation ("FNMC"), CitiMortgage Inc. ("CMI"), CitiGroup Inc. ("CGI"), Sallie Krawcheck, William Wheeler, and Does 1-80. Martin T. McGuinn is the lead attorney for Defendants FNMC, CMI, CGI, Krawcheck, and

Wheeler ("Defendants").  On October 18, 2006, Plaintiffs filed and served this motion seeking to disqualify McGuinn from representing any Defendant in this suit, or in the alternative to allow Plaintiffs to call McGuinn as a witness.[1]  (Doc. No. 29.)  On November 1, 2006 Defendants filed an opposition. (Doc. No. 38.)

The parties point out that some of the facts underlying the claims in this suit may be related to those underlying the suit that Plaintiffs brought against FNMC in San Diego Superior Court, Case No. GIC 789369 ("the State Case").  A jury ruled against Plaintiffs in the State Case, and the case is currently on appeal to Division One of the Fourth District California Court of Appeal (case number D045303).  Oral argument is scheduled on November 14, 2006.  Plaintiffs assert that McGuinn, who was also opposing counsel in the State Case, might be called as a witness in this suit, and therefore should be disqualified from serving as an attorney in this suit. Defendants strongly disagree on the merits of the motion, but also contend that it is premature to attempt to disqualify McGuinn.  Given the speculative nature and procedural posture of this suit, the Court agrees that a motion attempting to disqualify McGuinn is premature.

Therefore, the Court exercises its discretion to decide this motion on the moving papers, pursuant to Civil Local Rule 7.1(d)(1), and **DENIES** the motion as premature, without prejudice regarding Plaintiffs' ability to bring a similar motion after sufficient discovery is taken to allow the Court to rule on the motion.  The Court further **ORDERS** that any request for a deposition of McGuinn must be made to the

/ / /

/ / /

/ / /

/ / /

---

[1] This motion was given a notice hearing date of November 13, 2006.  Therefore, Plaintiffs failed to file or serve this motion at least 28 calendar days prior to the date the motion was noticed, in violation of Local Rule 7.1(e)(1).  Although the Court exercises its discretion to decide this motion, Plaintiffs are cautioned that the Court will likely decline to hear subsequent untimely motions.

1  District Court, rather than to the Magistrate Judge, and good cause must be shown why
2  such discovery should be allowed.
3      IT IS SO ORDERED.
4  DATED: November 13, 2006

                                                */s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Frank Whitty
12721 Coachman Court
Poway, CA 92064

Tazu Whitty
12721 Coachman Court
Poway, CA 92064

Martin T McGuinn
Hovey and Kirby
600 B Street
Suite 1950
San Diego, CA 92101-4515

Sung-Min C Yoo
Alvarado Smith and Sanchez
4 Park Plaza
Suite 1200
Irvine, CA 92614